# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | 1:10-cv-57 |
| v. | |
| **Plot No. 1-F Estate Diamond, St. Croix also known as Royal Gas Station,** | |
| **Defendant.** | |

**TO:** Angela Tyson-Floyd, Esq., AUSA
Natalie Nelson Tang How, Esq.
Samuel T. Grey, Esq.

## ORDER

THIS MATTER is before the Court for consideration upon United States of America's Motion to Stay Proceedings (Docket No. 25). This order is issued without necessity of response.

Having reviewed the motion and being duly advised in the premises, the Court finds that Plaintiff is entitled to a stay pursuant to 18 U.S.C. § 981(g)(1). Consequently, the Court will grant the motion.

WHEREFORE, it is now hereby **ORDERED**:

1. United States of America's Motion to Stay Proceedings (Docket No. 25) is **GRANTED**.

2. The above-captioned civil forfeiture matter is hereby **STAYED** for a period of one-hundred, twenty (120) days.

3. Plaintiff shall, on or before one-hundred, twenty (120) days from the date of this order, file a status report in this matter indicating whether a criminal information or indictment has been filed or the approximate date by which Plaintiff anticipates that an indictment will be made public.

4. The parties and all interested third parties shall maintain the status quo during the pendency of the stay.

ENTER:

Dated: September 15, 2010

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE